# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRANDON E. STILL,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

NO. SA CV 09-0101 FMO

**JUDGMENT**

**IT IS ADJUDGED** that plaintiff be awarded attorney's fees and costs in the amount of Five-Thousand, One-Hundred and Seventy dollars and ninety-three cents (**$5,170.93**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 11th day of April, 2011.

                                                                    /s/
                                                  Fernando M. Olguin
                                          United States Magistrate Judge